IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORDON DONGARRA,** | : | |
| | : | |
| Plaintiff | : | |
| | : | **CIVIL ACTION NO. 3:18-CV-1939** |
| v. | : | |
| | : | (Judge Caputo) |
| **OFFICER D. SMITH**, *et al.,* | : | |
| | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this **17th** day of **DECEMBER 2018,** upon consideration of Mr. Dongarra's motions for appointment of counsel (ECF Nos. 4 and 10), it is hereby ordered that the motions are **DENIED**.

                                                        /s/ A. Richard Caputo
                                                    **A. RICHARD CAPUTO**
                                                    **United States District Judge**