DJF:JJB:cer

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORDON DONGARRA,** | : | **No. 3:18-CV-1939** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Caputo, J.)** |
| | : | |
| **OFFICER D. SMITH, et al.,** | : | |
| **Defendants** | : | **(Electronically Filed)** |

## EXHIBITS IN SUPPORT OF THE BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR DISMISS AND/OR SUMMARY JUDGMENT

DAVID J. FREED

United States Attorney

S / J. Justin Blewitt, Jr.
J. JUSTIN BLEWITT, Jr.
Assistant U.S. Attorney
PA 01710
Cynthia E. Roman
Paralegal Specialist
240 West Third Street,
Suite 316
Williamsport, PA 17701
Phone: (717)221-4482
Facsimile: (717)221-2246
J.Justin.blewitt@usdoj.gov

Date:  June 13, 2019

## <u>INDEX</u>

Declaration of Michael Figgsganter..................................................... Ex. 1

Administrative Remedy Generalized Retrieval.......................... Attach. A

Rejection Status Reason Codes........................................................ Ex. 2

Declaration of David Smith............................................................... Ex. 3

Daily Assignment Roseter............................................................ Attach. A

Declaration of Steve Morin ............................................................... Ex. 4

Declaration of Erin Bonshock ........................................................... Ex. 5



DEFENDANT
EXHIBIT
1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORDAN DONGARRA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:18-CV-1939** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **D.SMITH** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**DECLARATION OF MICHAEL FIGGSGANTER**</u>

I, Michael FiggsGanter, do hereby declare as follows:

1.  I am currently employed by the Federal Bureau of Prisons ("BOP") as an Attorney Advisor at the United States Penitentiary ("USP") in Lewisburg, Pennsylvania. I have been employed by the BOP since September 2013.

2.  I certify the documents attached to this declaration:
    a. are true and correct copies of records maintained by the BOP;
    b. were created at or near the time of the occurrence of the matters reflected therein by someone with knowledge; and
    c. were made by the BOP as a regular practice.
    I am a custodian of the documents or am otherwise qualified to execute this certification, pursuant to Fed. R. Evid. 803(6) and 902(11).

3.  Provided as <u>Attachment A</u> is a copy of Administrative Remedy Generalized Retrieval.

4.  The BOP has established a multi-tier system whereby a federal prisoner may seek formal review of any aspect of his imprisonment. <u>See</u> 28 C.F.R. §§ 542.10-542.19 (2005). First, all inmates shall formally present their complaints to staff, and staff shall informally resolve any issues before an inmate files a request for Administrative Remedy. <u>Id.</u> at §542.13(a). Second, if an inmate is unable to informally resolve his complaint, he may file a formal written complaint [to the Warden], on the appropriate form within twenty (20) calendar days of the date on which was the basis of complaint occurred. <u>Id.</u> at §542.14(a). In the event the inmate is dissatisfied with the Warden's response, he may file an appeal to the Region Director within twenty (20) calendar days. <u>Id.</u> at § 542.15(a). Finally, if the inmate is dissatisfied with the Regional Director's response, that decision may be appealed to the General Counsel (Central Office) within thirty (30) calendar days from the date of

the Regional Director's response. Id. The Regional Director has thirty (30) calendar days to respond and the General Counsel has forty (40) calendar days to respond. Id. at 542.18.

5. When the BOP rejects an administrative remedy, the submission is returned to the inmate. The BOP does not retain a copy of the rejection filings. 28 C.F.R. §542.17.

6. Each administrative remedy filed by an inmate is given an identification number upon submission. Each number is assigned a corresponding letter representing the level at which that particular remedy was filed. The letter "F" means the remedy was filed with the warden at the institution level. The letter "R" indicates that this remedy was filed with the Regional Director, and the letter "A" means the remedy was filed with the Central Office. If there is a number following the assigned letter it is there to indicate how many times that remedy was filed or re-filed at that specific level.

7. Attached hereto is a true and correct copy of inmate Dongarra's Administrative Remedy Generalized Retrieval information. A review of this information provides that inmate Dongarra filed only one administrative remedy related to the issues described in the associated complaint. This remedy is identified as Remedy Identification #: 954194 R-1. A review of the provided information indicates that this administrative request was rejected for failing to follow the appropriate filing procedures as reflected by the rejection codes "INS". See Attachment A, Administrative Remedy Generalized Retrieval, Administrative Remedy#: 954194 R-1.

8. A further review provides that inmate Dongarra filed no additional administrative remedy correcting his previous insufficient filing, nor any other administrative remedy related to the issue raised in the submitted complaint.

9. Therefore, it is readily apparent that this complaint should be dismissed for a failure to exhaust the administrative remedies as required by law.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge.

_____
Michael Figgs Ganter
Attorney Advisor
USP Lewisburg

_____
Date   4/15/19

DEFENDANT
EXHIBIT
Attach A

```
   LEWAI        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-01-2019
PAGE 001 OF                                                         09:15:41
     FUNCTION: L-P SCOPE: REG   EQ 60707-060   OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____  THRU _____  DT STS: FROM _____  THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____        ____         ____       ____       ____        ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ___      ____        ____       ____        ____        ____
         TYPE: ___      ____        ____       ____        ____        ____
EVNT FACL: EQ ____       ____        ____       ____        ____        ____
RCV FACL.: EQ ____       ____        ____       ____        ____        ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____       ____        ____       ____        ____        ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G0002        MORE PAGES TO FOLLOW . . .
```

Ex 1, Attach A, p. 1

```
   LEWAI          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-01-2019
PAGE 002 OF       *              FULL SCREEN FORMAT            *      09:15:41


REGNO: 60707-060 NAME: DONGARRA, JORDAN
RSP OF...: CAA UNT/LOC/DST: D1-RDAP            QTR.: Z03-131UAD RCV OFC: NER
REMEDY ID: 954194-R1      SUB1: 34AM SUB2:     DATE RCV:  09-17-2018
UNT  RCV..:D1-RDAP     QTR RCV.: D01-124L      FACL RCV: CAA
UNT  ORG..:D1-RDAP     QTR ORG.: D01-124L      FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                          RESP DUE:
ABSTRACT.: STAFF COMPLAINT WAS GIVEN A THP T SHIRT ON 8-10-18
STATUS DT: 09-20-2018  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 09-20-2018
REMARKS..:




REGNO: 60707-060 NAME: DONGARRA, JORDAN
RSP OF...: CAA UNT/LOC/DST: D1-RDAP            QTR.: Z03-131UAD RCV OFC: NER
REMEDY ID: 966498-R1      SUB1: 20DM SUB2:     DATE RCV:  01-31-2019
UNT  RCV..:E2 UNIT     QTR RCV.: E04-210U      FACL RCV: CAA
UNT  ORG..:E2 UNIT     QTR ORG.: E04-210U      FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                          RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 02-04-2019  STATUS CODE: REJ STATUS REASON: ONE LEG OTH RSR
INCRPTNO.: 3204951   RCT:    EXT:   DATE ENTD: 02-04-2019
REMARKS..: THE ORIGINAL CONTINUATION PAGE EXCEEDS THE 8 1/2 BY
           11 SIZE LIMIT. ALSO, PAGES 2, 3, AND 4 OF THE BP10
           ARE NOT LEGIBLE




G0002      MORE PAGES TO FOLLOW . . .
```

Ex 1, Attach A, p. 2

```
  LEWAI        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-01-2019
PAGE 003 OF 003 *            FULL SCREEN FORMAT            *      09:15:41


REGNO: 60707-060 NAME: DONGARRA, JORDAN
RSP OF...: CAA UNT/LOC/DST: D1-RDAP            QTR.: Z03-131UAD RCV OFC: NER
REMEDY ID: 966498-R2      SUB1: 20DM SUB2:     DATE RCV:  02-14-2019
UNT  RCV..:E2 UNIT     QTR RCV.: E04-210U      FACL RCV: CAA
UNT  ORG..:E2 UNIT     QTR ORG.: E04-210U      FACL ORG: CAA
EVT FACL.: CAA   ACC LEV:                      RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 02-14-2019  STATUS CODE: REJ STATUS REASON: DIR OTH RSR
INCRPTNO.: 3204951   RCT:   EXT:   DATE ENTD: 02-14-2019
REMARKS..: THIS OFFICE IS NOT PERMITTED TO ALTER YOUR APPEAL.
           YOUR CONINUATION PAGES IS TOO LONG AND THE COPIES
           ARE MORE THAN 1 PAGE. YOU MUST CORRECT THIS.


REGNO: 60707-060 NAME: DONGARRA, JORDAN
RSP OF...: CAA UNT/LOC/DST: D1-RDAP            QTR.: Z03-131UAD RCV OFC: CAA
REMEDY ID: 968988-F1      SUB1: 15DM SUB2:     DATE RCV:  02-26-2019
UNT  RCV..:D1-RDAP     QTR RCV.: D01-116L      FACL RCV: CAA
UNT  ORG..:D1-RDAP     QTR ORG.: D01-116L      FACL ORG: CAA
EVT FACL.: CAA   ACC LEV:                      RESP DUE:
ABSTRACT.: I/M WANTS 1 YEAR OFF SENTENCE FOR RDAP COMPLETATION
STATUS DT: 02-26-2019  STATUS CODE: REJ STATUS REASON: ONE
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 02-26-2019
REMARKS..:


            4 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

**Ex 1, Attach A, p. 3**

DEFENDANT
EXHIBIT
2

REJECTION STATUS REASON CODES
10/30/02

CODE CODE                          DESCRIPTION
STS  REA
-----------------------------------------------------------------

REJ  ATT   YOU DID NOT SUBMIT THE CORRECT NO. OF COPIES OF THE
           ATTACHMENTS (NEW DOCUMENTATION NOT CONSIDERED BY LOWER
           LEVELS).   2 AT INSTITUTION; 3 AT REGION; AND 4 AT
           CENTRAL OFFICE.   THE NUMBER CITED INCLUDES YOUR
           ORIGINAL.

REJ  CDC   YOU MUST WAIT FOR THE CCM'S DECISION OF THE CDC HEARING
           BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE.   RESUBMIT
           YOUR APPEAL TO THIS OFFICE WITHIN 30 DAYS OF THE CCM'S
           DECISION.

REJ  CON   YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR,
           OR OTHER AUTHORIZED PERSON.

REJ  CPG   YOU DID NOT SUBMIT PROPER NUMBER OF CONTINUATION PAGES
           WITH YOUR REQUEST/APPEAL.   2 - WARDEN'S LEVEL; 3 -
           REGIONAL LEVEL; AND 4 - CENTRAL OFFICE LEVEL.   THE
           NUMBER CITED INCLUDES YOUR ORIGINAL.

REJ  DHO   YOU DID NOT PROVIDE A COPY OF THE DHO REPORT YOU WISH
           TO APPEAL OR IDENTIFY THE CHARGES AND DATE OF THE DHO
           ACTION.

REJ  DHR   YOU MUST WAIT FOR THE DHO'S DECISION OF THE DHO HEARING
           BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE.   RESUBMIT
           YOUR APPEAL TO THIS OFFICE WITHIN 20 DAYS OF THE DATE
           YOU RECEIVE THE DHO'S DECISION.

REJ  FRM   YOU DID NOT SUBMIT YOUR REQUEST OR APPEAL ON THE PROPER
           FORM (BP-9, BP-10, BP-11) (CIRCLE ONE)

REJ  IAT   YOU DID NOT PROVIDE A COPY OF THE ATTACHMENTS TO YOUR
           INSTITUTION ADMINISTRATIVE REMEDY REQUEST (BP-9).

REJ  INF   YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO
           SUBMISSION OF ADMINISTRATIVE REMEDY, OR YOU DID NOT
           PROVIDE THE NECESSARY EVIDENCE OF YOUR ATTEMPT AT
           INFORMAL RESOLUTION.

REJ  INS   YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE
           INSTITUTION FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE
           FILING AN APPEAL AT THIS LEVEL.

REJ     CDC     YOU MUST WAIT FOR THE CCM'S DECISION OF THE CDC HEARING
                BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE. RESUBMIT
                YOUR APPEAL TO THIS OFFICE WITHIN 30 DAYS OF THE CCM'S
                DECISION.

REJ     CON     YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR,
                OR OTHER AUTHORIZED PERSON.

REJ     CPG     YOU DID NOT SUBMIT THE PROPER NUMBER OF CONTINUATION
                PAGES.  YOU MUST SUBMIT ONE COPY AT THE WARDEN'S LEVEL;
                TWO COPIES AT THE REGIONAL DIRECTOR'S LEVEL; AND THREE
                COPIES AT THE CENTRAL OFFICE LEVEL.

REJ     DHO     YOU DID NOT PROVIDE A COPY OF THE DHO REPORT; OR YOU
                DID NOT OTHERWISE IDENTIFY THE CHARGES AND DATE OF THE
                DHO ACTION YOU ARE APPEALING.

REJ     DHR     YOU MUST WAIT FOR THE DHO'S DECISION OF THE DHO HEARING
                BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE.  RESUBMIT
                YOUR APPEAL TO THIS OFFICE WITHIN 20 DAYS OF THE DATE
                YOU RECEIVE THE DHO'S DECISION.

REJ     EXH     YOU DID NOT SUBMIT THE PROPER NUMBER OF EXHIBITS.  YOU
                MUST SUBMIT ONE COPY AT THE WARDEN'S LEVEL; TWO COPIES
                AT THE REGIONAL DIRECTOR'S LEVEL; AND THREE COPIES AT
                THE CENTRAL OFFICE LEVEL.

REJ     FRM     YOU DID NOT SUBMIT YOUR REQUEST OR APPEAL ON THE PROPER
                FORM (BP-9, BP-10, BP-11).

REJ     IAT     YOU DID NOT PROVIDE A COPY OF THE ATTACHMENT(S) TO YOUR
                INSTITUTION ADMINISTRATIVE REMEDY REQUEST (BP-9).

REJ     IMP     IMPROPER SUBJECT MATTER (FOI/PA REQUEST, ETC.)

REJ     INF     YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO
                SUBMISSION OF ADMINISTRATIVE REMEDY, OR YOU DID NOT
                PROVIDE THE NECESSARY EVIDENCE OF YOUR ATTEMPT AT
                INFORMAL RESOLUTION.

REJ     INS     YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE
                INSTITUTION FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE
                FILING AN APPEAL AT THIS LEVEL.

REJ     IRQ     YOU DID NOT PROVIDE A COPY OF YOUR INSTITUTION
                ADMINISTRATIVE REMEDY REQUEST (BP-9), OR A RECEIPT, OR
                YOU DID NOT PROVIDE A VERIFIED PHOTOCOPY.

REJ     MLT     YOU ARE APPEALING MORE THAN ONE INCIDENT REPORT
                (INCIDENT NUMBER) ON A SINGLE APPEAL FORM. YOU MUST
                FILE A SEPARATE APPEAL FOR EACH INCIDENT REPORT
                (INCIDENT NUMBER) YOU WISH TO APPEAL.

REJ     MSI     YOU MUST PROVIDE MORE SPECIFIC INFORMATION ABOUT YOUR
                REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJ     OBS     YOUR REQUEST CONTAINS GRATUITOUS OBSCENE OR ABUSIVE
                LANGUAGE.

REJ    ONE    YOU MAY ONLY SUBMIT UP TO ONE LETTER-SIZE (8 1/2" X 11") CONTINUATION PAGE.

REJ    OTH    SEE REMARKS.

REJ    QUA    YOU DID NOT SUBMIT A COMPLETE SET (4 CARBONIZED COPIES) OF THE REQUEST OR APPEAL FORM.

REJ    RAP    YOU DID NOT PROVIDE A COPY OF THE REGIONAL APPEAL, OR A RECEIPT, OR YOU DID NOT PROVIDE A VERIFIED PHOTOCOPY.

REJ    RAT    YOU DID NOT PROVIDE A COPY OF THE ATTACHMENT(S) TO YOUR REGIONAL APPEAL.

REJ    RSA    YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJ    RSF    YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJ    RSR    YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJ    SEN    THE ISSUE YOU RAISE IS NOT A SENSITIVE ISSUE. YOUR REQUEST/APPEAL IS NOT BEING RETURNED TO YOU IN ACCORDANCE WITH POLICY.

REJECTION STATUS REASON CODES
10/30/02

CODE CODE                              DESCRIPTION
STS  REA
---- ----  ---------------------------------------------------------------

REJ  SEN   THE ISSUE YOU RAISED IS NOT SENSITIVE.  HOWEVER, WE
           RETAINED YOUR REQUEST/APPEAL ACCORDING TO POLICY.  YOU
           SHOULD FILE A REQUEST OR APPEAL AT THE APPROPRIATE
           LEVEL VIA REGULAR PROCEDURES.

REJ  SIG   YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REJ  UTA   YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS MUST
           BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL DIRECTOR'S
           RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REJ  UTF   YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
           (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT
           COMPLAINED ABOUT.

REJ  UTR   YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10) MUST
           BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM RESPONSE
           OR RECEIPT OF THE DHO REPORT.  THIS TIME INCLUDES MAIL
           TIME.

REJ  WRL   YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE WRONG
           LEVEL.  YOU SHOULD HAVE FILED AT THE INSTITUTION,
           REGIONAL OFFICE, OR CENTRAL OFFICE LEVEL.

**Ex. 2, p. 5**

REJ    SIG      YOU DID NOT SIGN YOUR REQUEST OR APPEAL.

REJ    UTA      YOUR APPEAL IS UNTIMELY.  CENTRAL OFFICE APPEALS MUST
                BE RECEIVED WITHIN 30 DAYS OF THE REGIONAL DIRECTOR'S
                RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REJ    UTF      YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                MUST BE RECEIVED WITHIN 20 DAYS OF THE EVENT COMPLAINED
                ABOUT.

REJ    UTR      YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS MUST BE
                RECEIVED WITHIN 20 DAYS OF THE WARDEN'S OR CCM'S
                RESPONSE.  THIS TIME LIMIT INCLUDES MAIL TIME.

REJ    WRL      YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE WRONG LEVEL
                OR WRONG OFFICE.



**U.S. Department of Justice**

Federal Bureau of Prisons

Washington, DC 20534

December 4, 2014

MEMORANDUM FOR **ADMINISTRATIVE REMEDY COORDINATORS AND ADMINISTRATIVE REMEDY CLERKS**

FROM:           Acting Administrator *[signature]*
                National Inmate Appeals

SUBJECT:        Additions to SENTRY Administrative Remedy
                Status Reason Codes

The following additions have been made to the SENTRY Administrative
Remedy Status Reason Table.  Please disseminate this memorandum to
all staff involved in entering administrative remedy requests or
appeals into SENTRY.

| STATUS CODE | REASON CODE | DESCRIPTION |
|---|---|---|
| REJ | MEM | PROVIDE STAFF VERIFICATION STATING REASON UNTIMELY FILING WAS NOT YOUR FAULT. |
| REJ | LEG | ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE LEGIBLE AND WORDED THE SAME.  PHOTOCOPIES OF THE FORM WILL NOT BE ACCEPTED. |
| REJ | RJA | YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE DUE WITHIN:  5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL OFFICE); 15 DAYS (CENTRAL OFFICE).  SUBMIT STAFF MEMO ON BOP LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT. |
| REJ | DIR | CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION FOR REJECTION.  FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION NOTICES. |
| REJ | RVW | DUE TO YOUR ALLEGATIONS, YOUR APPEAL IS BEING FORWARDED TO ANOTHER DEPARTMENT FOR REVIEW; HOWEVER, YOUR APPEAL WAS RETAINED IN ACCORDANCE WITH POLICY. |
| REJ | PRV | YOUR ISSUE IS NOT APPEALABLE TO THE BOP.  YOU MUST USE THE GRIEVANCE PROCEDURES AT YOUR FACILITY. |

**Ex. 2, p. 7**

| STATUS | REASON | |
|--------|--------|---|
| **CODE** | **CODE** | **DESCRIPTION** |

REJ     ENG     YOU MAY REQUEST STAFF ASSISTANCE IN PREPARING YOUR REQUEST OR APPEAL IN ENGLISH.

The following rejection code was revised:

REJ     MSI     YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.) ABOUT YOUR REQUEST/APPEAL SO IT MAY BE CONSIDERED.

Please contact our office at (202) 514-2625 should you have any questions or need additional information.

2

**Ex. 2, p. 8**

**DEFENDANT
EXHIBIT
3**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORDAN DONGARRA,** | ) |
| | ) |
| **Plaintiff,** | )     **CIVIL ACTION NO. 3:18-CV-1939** |
| | ) |
| vs. | ) |
| | ) |
| **D.SMITH** | ) |
| | ) |
| **Defendant.** | ) |

### DECLARATION OF CORRECTIONAL OFFICER DAVID SMITTH

I, David Smith, do hereby declare as follows:

1.  I am currently employed by the Federal Bureau of Prisons ("BOP") as a Correctional
    Officer at the United States Penitentiary Canaan, located in Waymart, Pennsylvania.

2.  I certify the documents attached to this declaration:

    a. are true and correct copies of records maintained by the BOP;
    b. were created at or near the time of the occurrence of the matters reflected therein
    by someone with knowledge; and
    c. were made by the BOP as a regular practice.

    I am a custodian of the documents or am otherwise qualified to execute this
    certification, pursuant to Fed. R. Evid. 803(6) and 902(11).

3.  I have obtained and reviewed my roster assignments for August 10, 2018 and I am
    providing a copy of the roster as Attachment A.

4.  A review of this material indicates that I was working as Compound Officer #2 on the
    date referenced to in the complaint. See Attachemnt A, Daily Assignment Roster for
    Friday August 10, 2018.

5.  Additionally, I assert that I had no contact with inmate Dongarra on August 10, 2018, nor
    did I work in the Receiving and Departure ("R&D") Department on the date referenced to
    in the complaint.

6.  I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that
    the above is accurate to the best of my knowledge.

David Smith
Correctional Officer

4-17-2019
Date

**Ex. 3**

**EXHIBIT**
Attach A

**\*\*READ ONLY\*\***

**United States Penitentiary**
**Canaan, Pennsylvania**
**Daily Assignment Roster**

Friday August 10, 2018
Page 1



| Post | Split Shift | 1 00:00 - 08:00<br>7 22:00 - 06:00 | 2 06:00 - 14:00 | 3 07:30 - 15:30<br>4 07:30 - 16:00<br>5 08:00 - 16:00<br>9 07:00 - 15:00 | 6 14:00 - 22:00 | 8 16:00 - 00:00 |
|---|---|---|---|---|---|---|
| CAPTAIN | | | | | | |
| CAPTAIN SEC | | | | | | |
| EPO | | | | | | |
| ADMIN LT | | | | | | |
| OPS LT | | | | | | |
| ACTIVITIES LT | | | | | | |
| SECURITY OFF #1 | | | | | | |
| SECURITY OFF #2 | | | | | | |
| QUARTERS LT | | | | | | |
| SIA | | | | | | |
| SIS LT #1 | | | | | | |
| SIS LT #2 | | | | | | |
| SIS LT #3 | | | | | | |
| SIS TECH #2 | | | | | | |
| SIS TECH #3 | | | | | | |
| INMATE COMM MON | | | | | | |
| CONTROL #1 | | | | | | |
| CONTROL #2 | | | | | | |
| SHU LT | | | | | | |
| SHU #1 | | | | | | |
| SHU #2 | | | | | | |
| SHU #3 | | | | | | |
| SHU #4 | | | | | | |
| SHU #5 | | | | | | |
| SHU #6 | | | | | | |
| SHU REC | | | | | | |
| SHU PROPERTY | | | | | | |
| COMPOUND #1 | | | | | | |
| COMPOUND #2 | | | | | 6 Smith, dave | |
| COMPOUND #3 | | | | | | |
| GREEN CORR #1 | | | | | | |
| GREEN CORR #2 | | | | | | |
| GREEN CORR #3 | | | | | | |
| GOLD CORR #1 | | | | | | |
| GOLD CORR #2 | | | | | | |
| PERIMETER PAT#1 | | | | | | |
| CENTER TWR/ICM | | | | | | |
| CENTER TWR #2 | | | | | | |
| FRONT LOBBY | | | | | | |
| SCREENING SITE | | | | | | |
| REAR GATE TOWER | | | | | | |

'26/2019 11:59:57 AM

**Ex. 3, Attach A, p. 1**

**\*\*READ ONLY\*\***

| | | |
|---|---|---|
| REAR GATE | | |
| TOOL ROOM | | |
| BUS LT | | |
| BUS OFC #1 | | |
| BUS OFC #2 | | |
| UNIT A-1 | | Eisenmann, J |
| UNIT A-2 | | Kulick, D |
| UNIT B-1 | | Sandrowicz, A |
| UNIT B-2 | | Zeshonski, T |
| UNIT C-1 | | Sykes, T |
| UNIT C-2 | | Burge, T |
| UNIT D-1 | | Phillips, D (NC) |
| UNIT D-2 | | Gabell, R |
| UNIT E-1 | | Koza, b\*\* |
| UNIT E-2 | | Mrozowski, D |
| UNIT F-1 | | Mcdrow, S |
| UNIT F-2 | | Smith, J\*\* |
| CAMP OFFICER | | Stark, Z |
| UNIT A-1 #2 | | |
| UNIT A-2 #2 | | |
| UNIT B-1 #2 | | |
| UNIT B-2 #2 | | |
| UNIT C-1 #2 | | |
| UNIT C-2 #2 | | |
| UNIT D-1 #2 | | |
| UNIT D-2 #2 | | |
| UNIT E-1 #2 | | |
| UNIT E-2 #2 | | |
| UNIT F-1 #2 | | |
| UNIT F-2 #2 | | |
| VISITING #1 | | |
| VISITING #2 | | |
| VISITING #3 | | |
| VISITING #4 | | |
| EXTERNAL #1 | | |
| EXTERNAL #2 | | |
| SHIFT RELIEF #1 | | |
| SHIFT RELIEF #2 | | |
| SHIFT RELIEF #5 | | |

**\*\*\*\*Special Assignments\*\*\*\***

| | | |
|---|---|---|
| LT #1 TAD | | |

26/2019 11:59:57 AM

**Ex. 3, Attach A, p. 2**

| | |
|---|---|
| SIS TECH #1 | |
| SHIFT RELIEF | |
| DUNN WAYNE #1 | |
| DUNN WAYNE #2 | |
| EMER. MED TRP 1 | |
| EMER MED TRP 2 | |

**\*\*\*\*Back Page Categories\*\*\*\***

**DAY OFF**

**ANNUAL LEAVE**

**SICK LEAVE**

**FFLA**

**MILITARY LEAVE**

**MILITARY / LWOP**

**TOA**

**FOOD SERV LOAN**

Ex. 3, Attach A, p. 3

| AWOL | | | | | |
|---|---|---|---|---|---|
| Swingle, A | | | | | |

| LWOP | | | | | |
|---|---|---|---|---|---|
| Collier, J
08:00 12:00 | | Hale, J | Margotta,F | Stein, J | |

| OFFICIAL TIME | | | | | |
|---|---|---|---|---|---|
| Hayden, E | | Moran, m** | Pellicano,J | | |

| F/A TRN GLYNCO | | | | | |
|---|---|---|---|---|---|
| Vinton,s** | | | | | |

| ADMIN LEAVE | | | | | |
|---|---|---|---|---|---|
| Berkihiser, j** | | | | | |

#### \*\*\*\*Change Records\*\*\*\*

| Post | Splt | Shft | Officer | Relieved Officer's New Status | Relieving Officer | Relieving Officer's Previous Status | Ret Shft Changed By |
|---|---|---|---|---|---|---|---|
| UNIT F-1 #2 | | 2 | McLEAN, B** | F/A TRN GLYNCO | <Unassigned> | | LM 7/24 14:07 |
| UNIT B-1 #2 | | 2 | VINTON,S** | F/A TRN GLYNCO | <Unassigned> | | LM 7/24 14:08 |
| (sp)SIS TECH #1 | | 2 | <Unassigned> | | HAYDOCK, M | Day Off | JG 7/24 15:46 |
| UNIT B-1 | | 8 | YOUNG, M ** | Annual Leave | SANDROWICZ, A | 8 SHIFT RELIEF(sp) | CH 7/24 20:20 |
| (sp)SHIFT RELIEF | | 6 | <Unassigned> | | CASE, J | MILITARY LEAVE | CH 7/25 19:21 |
| COMPOUND #3
Assignment Swap | | 6 | MELLAS, M** | SHIFT RELIEF 6(sp) | CASE, J | [SWAP] | CH 7/25 19:21 |
| MILITARY LEAVE | | 0 | EVERSON, S** | Annual Leave | | | JT 7/28 11:30 |
| GOLD CORR #2
Assignment Swap | | 2 | NARDONE | SHU #5 2 | SEBASTIANELLI,* | [SWAP] | JT 7/28 13:22 |
| INMATE COMM MON
Assignment Swap | | 6 | CONDELLA, R | SHU #3 6 | BURGH, A | [SWAP] | CH 7/29 19:43 |
| OPS LT | | 5 | TUTINO, J ** | Day Off | WEAVER, C** | 2 ACTIVITIES LT | LM 7/31 06:41 |
| ACTIVITIES LT | | 2 | <Unassigned> | | BODGE, B** | 2 SIS LT #1 | LM 7/31 06:42 |
| Day Off
Assignment Swap | | 0 | DONVITO, M** | FRONT LOBBY 6 | McCARTHY, K | [SWAP] | CH 7/31 21:32 |
| GREEN CORR #1
Assignment Swap | | 1 | POWELL, N ** | SHIFT RELIEF 1(sp) | PETERSON, B | [SWAP] | SB 8/1 02:01 |
| GREEN CORR #3
Assignment Swap | | 2 | LUECKE, S | CONTROL #2 6 | DEGRAZIA, A | [SWAP] | JT 8/2 19:52 |
| UNIT C-2
Assignment Swap | | 5 | SWIFT, R | UNIT C-1 #2 7 | BESTEN, A*** | [SWAP] | CW 8/3 12:10 |
| UNIT A-1 #2
Assignment Swap AGREED TO SWITCH | | 2 | ALOGNA, J ** | VISITING #2 5 | MYERS, F | [SWAP] | BB 8/3 12:45 |
| UNIT F-1 #2 | | 2 | <Unassigned> | | SAMSON, T | 2 SHU #4 | SH 8/4 08:41 |
| SHU #4 | | 2 | <Unassigned> | | DEMAS, D | FMLA | SH 8/4 08:42 |
| REAR GATE TOWER | | 9 | ATCAVAGE, R ** | FFLA | <Unassigned> | | LG 8/6 09:28 |
| BUS LT | | 5 | HEALEY, J ** | Annual Leave | <Unassigned> | | JH 8/6 19:02 |
| COMPOUND #3 | | 2 | SUCHODOLSKI ** | Day Off | <Unassigned> | | DS 8/7 12:40 |
| UNIT B-1 #2 | | 2 | <Unassigned> | | PRICE, B | 6 SHU #4 | Y LG 8/8 09:41 |
| | | | | | Shift
UNIT B-1 #2
SHU #4 | Staff
PRICE, B
PRICE, B | OT/CT Start End
OT |

**Ex. 3, Attach A, p. 4**

**READ ONLY**

| Post | Splt | Shft | Officer | Relieved Officer's New Status | Relieving Officer | Relieving Officer's Previous Status | Ret | Shft Changed By | | |
|---|---|---|---|---|---|---|---|---|---|---|
| COMPOUND #3 | | 2 | <Unassigned> | | PHILLIPS, J | 6 ACTIVITIES LT | Y | LG 8/8 09:42 | | |
| | | | | | **Shift**<br>COMPOUND #3<br>ACTIVITIES LT | **Staff**<br>PHILLIPS, J<br>PHILLIPS, J | | OT/CT<br>OT | Start | End |
| REAR GATE TOWER | | 9 | <Unassigned> | | SWINGLE, B | 8 PERIMETER PAT#1 | Y | LG 8/8 09:44 | | |
| | | | | | **Shift**<br>REAR GATE TOWER<br>PERIMETER PAT#1 | **Staff**<br>SWINGLE, B<br>SWINGLE, B | | OT/CT<br>OT | Start | End |
| F/A TRN GLYNCO | | 0 | McLEAN, B** | Annual Leave | | | | JB 8/9 07:54 | | |
| Requested and was authorized annual leave. | | | | | | | | | | |
| CAPTAIN | | 5 | BERKIHISER, J | ADMIN LEAVE | <Unassigned> | | | JB 8/9 08:17 | | |
| Approved Admin Leave | | | | | | | | | | |
| (sp)SHIFT RELIEF | | 5 | <Unassigned> | | POWELL, N ** | 1 SHIFT RELIEF(sp) | | CW 8/9 08:26 | | |
| (sp)SHIFT RELIEF | | 7 | <Unassigned> | | POWELL, N ** | 5 SHIFT RELIEF(sp) | | CW 8/9 08:26 | | |
| SIS LT #1 | | 2 | <Unassigned> | | BODGE, B** | 2 ACTIVITIES LT | | LG 8/9 12:03 | | |
| [Sick / Annual] | | | PHILLIPS, J | [Removed] | | | | LG 8/9 12:12 | | |
| COMPOUND #3 | | 2 | PHILLIPS, J | [Sick / Annual] | <Unassigned> | | | LG 8/9 12:12 | | |
| ACTIVITIES LT | | 2 | <Unassigned> | | PHILLIPS, J | 6 ACTIVITIES LT | Y | LG 8/9 12:13 | | |
| | | | | | **Shift**<br>ACTIVITIES LT<br>ACTIVITIES LT | **Staff**<br>PHILLIPS, J<br>PHILLIPS, J | | OT/CT<br>OT | Start | End |
| COMPOUND #3 | | 2 | <Unassigned> | | LEOMBRUNI, R | 6 UNIT F-1 #2 | Y | LG 8/9 12:15 | | |
| | | | | | **Shift**<br>COMPOUND #3<br>UNIT F-1 #2 | **Staff**<br>LEOMBRUNI, R<br>LEOMBRUNI, R | | OT/CT<br>OT | Start | End |
| UNIT C-2 | | 1 | FRANKOSKY, J | Sick Leave | <Unassigned> | | | SH 8/9 16:18 | | |
| UNIT E-2 #2 | | 6 | CRUZ, J ** | Sick Leave | <Unassigned> | | | SH 8/9 16:25 | | |
| UNIT E-2 #2 | | 6 | <Unassigned> | | MELLAS, M** | 6 SHIFT RELIEF(sp) | | SH 8/9 16:25 | | |
| CENTER TWR #2 | | 2 | CONNOR, jon | Sick Leave | <Unassigned> | | | SH 8/9 16:41 | | |
| CENTER TWR #2 | | 2 | <Unassigned> | | PAVIGLIANTI, B | Day Off | Y | SH 8/9 16:43 | | |
| | | | | | **Shift**<br>CENTER TWR #2<br>Day Off | **Staff**<br>PAVIGLIANTI, B<br>PAVIGLIANTI, B | | OT/CT<br>OT | Start<br>06:00 | End<br>14:00 |
| [Inserted NCS] | | | OLVER, T | [Sick/Annual] | | | | SH 8/9 17:15 | | |
| UNIT C-2 | | 1 | <Unassigned> | | OLVER, T | [Sick / Annual] | | SH 8/9 17:15 | | |
| SHIFT RELIEF #1 | | 7 | BRZYCKI, M | Sick Leave | <Unassigned> | | | SH 8/9 18:51 | | |
| SECURITY OFF #1 | | 2 | CLARK, T ** | Sick Leave | <Unassigned> | | | SH 8/9 19:18 | | |
| UNIT A-1 | | 5 | VODA, J ** | Sick Leave | <Unassigned> | | | SH 8/9 19:26 | | |
| UNIT A-1 | | 5 | <Unassigned> | | SNYDER, J ** | Day Off | Y | SH 8/9 19:28 | | |
| | | | | | **Shift**<br>UNIT A-1<br>Day Off | **Staff**<br>SNYDER, J **<br>SNYDER, J ** | | OT/CT<br>OT | Start<br>08:00 | End<br>16:00 |
| SHU #2 | | 5 | AITKEN, A | Sick Leave | <Unassigned> | | | SH 8/9 20:05 | | |
| UNIT E-2 | | 5 | ORNER, M | Sick Leave | <Unassigned> | | | SH 8/9 20:05 | | |
| SHU #2 | | 5 | <Unassigned> | | FERENO | 5 UNIT F-2 | | SH 8/9 20:07 | | |
| [Inserted NCS] | | | GAMBONE, F | [Sick/Annual] | | | | SH 8/9 20:08 | | |
| UNIT E-2 | | 5 | <Unassigned> | | GAMBONE, F | [Sick / Annual] | | SH 8/9 20:08 | | |
| UNIT E-2 | | 5 | GAMBONE, F | [Sick / Annual] | <Unassigned> | | | SH 8/9 20:09 | | |
| [Sick / Annual] | | | GAMBONE, F | [Removed] | | | | SH 8/9 20:09 | | |

**Ex. 3, Attach A, p. 5**

**\*\*READ ONLY\*\***

| Post | Splt | Shft | Officer | Relieved Officer's New Status | Relieving Officer | Relieving Officer's Previous Status | Ret | Shft Changed By | | |
|------|------|------|---------|-------------------------------|-------------------|-------------------------------------|-----|-----------------|---|---|
| [Inserted NCS] | | | GAMBONE, F | [Sick/Annual] | | | | SH 8/9 20:09 | | |
| UNIT F-2 | | 5 | <Unassigned> | | GAMBONE, F | [Sick / Annual] | | SH 8/9 20:09 | | |
| UNIT E-2 | | 5 | <Unassigned> | | KOZA, B** | 8 UNIT E-1 | Y | SH 8/9 20:14 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | UNIT E-2 | KOZA, B** | | OT | 08:00 | 16:00 |
| | | | | | UNIT E-1 | KOZA, B** | | | | |
| (sp)EXTERNAL #3 | | 5 | <Unassigned> | | LANGONE ** | 7 SHIFT RELIEF #2 | Y | SB 8/10 02:56 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | EXTERNAL #3 | LANGONE ** | | OT | | |
| | | | | | SHIFT RELIEF #2 | LANGONE ** | | | | |
| (sp)EXTERNAL #4 | | 5 | <Unassigned> | | SHARP,G*** | 1 UNIT C-1 | Y | SB 8/10 02:57 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | EXTERNAL #4 | SHARP,G*** | | OT | | |
| | | | | | UNIT C-1 | SHARP,G*** | | | | |
| (sp)DUNN WAYNE #1 | | 6 | <Unassigned> | | TAYLOR, T.** | 2 SCREENING SITE | Y | CW 8/10 07:35 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | DUNN WAYNE #1 | TAYLOR, T.** | | OT | 14:00 | 22:00 |
| | | | | | SCREENING SITE | TAYLOR, T.** | | | | |
| (sp)DUNN WAYNE #2 | | 8 | <Unassigned> | | MROCZKA, J*** | 8 UNIT D-1 | | CW 8/10 07:56 | | |
| [Inserted NCS] | | | PHILLIPS, D | [Sick/Annual] | | | | CW 8/10 07:59 | | |
| UNIT D-1 | | 8 | <Unassigned> | | PHILLIPS, D | [Sick / Annual] | | CW 8/10 07:59 | | |
| INMATE COMM MON | | 6 | BURGH, A | Sick Leave | SKARBEZ, J** | 2 UNIT B-2 #2 | Y | CW 8/10 08:27 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | INMATE COMM MON | SKARBEZ, J** | | OT | 14:00 | 22:00 |
| | | | | | UNIT B-2 #2 | SKARBEZ, J** | | | | |
| [Inserted NCS] | | | POTTER, S | [Sick/Annual] | | | | CW 8/10 10:49 | | |
| COMPOUND #1 | | 8 | WORMUTH, J | Sick Leave | POTTER, S | [Sick / Annual] | | CW 8/10 10:49 | | |
| UNIT A-2 #2  Assignment Swap | | 6 | BOYER, B** | UNIT E-2 #2 6 | MELLAS, M** | [SWAP] | | CW 8/10 14:01 | | |
| (sp)EMER. MED TRP 1 | | 6 | <Unassigned> | | DONVITO, M** | 6 FRONT LOBBY | Y | SH 8/10 19:15 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | EMER. MED TRP 1 | DONVITO, M** | | | 19:00 | 22:00 |
| | | | | | FRONT LOBBY | DONVITO, M** | | | 14:00 | 19:00 |
| (sp)EMER MED TRP 2 | | 6 | <Unassigned> | | MELLAS, M** | 6 UNIT A-2 #2 | Y | SH 8/10 19:16 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | EMER MED TRP 2 | MELLAS, M** | | | 19:00 | 22:00 |
| | | | | | UNIT A-2 #2 | MELLAS, M** | | | 14:00 | 19:00 |
| TOA | | 0 | DOBRZYN** | [Time Change] | | | | LM 8/13 07:02 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | TOA | DOBRZYN** | | | 04:00 | 14:00 |
| FOOD SERV LOAN | | 0 | GRAHAM, G ** | [Time Change] | | | | LM 8/13 07:04 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | FOOD SERV LOAN | GRAHAM, G ** | | | 04:00 | 14:00 |
| BUS OFC #1 | | 5 | KELLY, M*** | [Time Change] | | | | LM 8/14 08:47 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | BUS OFC #1 | KELLY, M*** | | | 04:00 | 12:00 |
| BUS OFC #2 | | 5 | IGOE, K ** | [Time Change] | | | | LM 8/14 08:47 | | |
| | | | | | **Shift** | **Staff** | | OT/CT | Start | End |
| | | | | | BUS OFC #2 | IGOE, K ** | | | 04:00 | 12:00 |
| [Inserted] | | | NICKERSON | [Sick/Annual] | | | | LM 8/14 08:47 | | |
| BUS LT | | 5 | <Unassigned> | | NICKERSON | [Sick / Annual] | | LM 8/14 08:47 | | |

**Ex. 3, Attach A, p. 6**

**READ ONLY**

Friday August 10, 2018
Page 7

| Post | Splt | Shft | Officer | Relieved Officer's New Status | Relieving Officer | Relieving Officer's Previous Status | Ret Shft | Changed By | | |
|------|------|------|---------|-------------------------------|-------------------|-------------------------------------|----------|-----------|--|--|
| BUS LT | | 5 | NICKERSON | [Time Change] | | | | LM 8/14 08:48 | | |
| | | | | | Shift BUS LT | Staff NICKERSON | | OT/CT OT | Start 04:00 | End 12:00 |
| Annual Leave | | | YOUNG, M ** | TOA | | | | LM 8/14 11:15 | | |
| Sick Leave | | 0 | CONNOR, jon | Annual Leave | | | | LM 8/20 13:25 | | |
| Annual Leave | | 0 | COLLIER, J | LWOP | | | | LM 8/20 13:57 | | |
| LWOP | Y | 0 | COLLIER, J | TOA | | | | LM 8/20 13:57 | | |
| | | | | | Shift TOA LWOP | Staff COLLIER, J COLLIER, J | | OT/CT | Start 12:00 08:00 | End 16:00 12:00 |

## ****Recapitulation****

| | |
|---|---|
| Morning Watch | 34 |
| AM Watch | 27 |
| Day Watch | 33 |
| PM Watch | 26 |
| Evening Watch | 20 |

**Back Page Categories**

| | |
|---|---|
| Day Off | 64 |
| Annual Leave | 16 |
| Sick Leave | 9 |
| FFLA | 1 |
| MILITARY LEAVE | 1 |
| MILITARY / LWOP | 1 |
| TOA | 3 |
| AWOL | 1 |
| LWOP | 3 |
| OFFICIAL TIME | 3 |
| F/A TRN GLYNCO | 1 |
| ADMIN LEAVE | 1 |

Total Correctional Svcs. Staff:  244
Non Correctional Svcs. Staff:  8

Overtime Occurrences:  16
Comptime Occurrences:  0

Ex. 3, Attach A, p. 7

**DEFENDANT
EXHIBIT
4**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JORDAN DONGARRA,                    )
                                    )
            Plaintiff,              )       CIVIL ACTION NO. 3:18-CV-1939
                                    )
    vs.                             )
                                    )
D.SMITH                             )
                                    )
            Defendant.              )

## DECLARATION OF STEVE MORIN

I, Steve Morin, do hereby declare as follows:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as the Supervisory
   Correctional Systems Specialist at the Federal Correctional Complex located in Terre
   Haute, Indiana ("FCC Terre Haute"). In that role, I have oversight of the Receiving &
   Discharge ("R&D") Department at all Complex institutions, including the United States
   Penitentiary ("USP").

2. The operations of R&D at any BOP facility is vital to the operation of a federal
   correctional facility. Appropriate procedures in the R&D Department ensures for the
   interdiction of contraband into the facility as well as significantly assists in the safe and
   orderly operation of the institution by maintaining accountability of an inmate's property
   following their designation and admission into the facility.

3. I am extremely familiar with the policies and procedures related to the admission as well
   as the discharge of an inmate from USP Terre Haute. I am also familiar with the general
   operations of this facility, including the items normally issued to an inmate at the time of
   his admission, the institutional programs available at USP Terre Haute as well as the
   security policies in place throughout the facility.

4. Presently, USP Terre Haute does not have a dedicated program for the housing and
   treatment of sexual offenders.

5. While the institution might house sexual offenders, these individuals are not housed
   and/or provided any form of clothing or type of identification which would indicate in
   any manner the basis of their underlying criminal conviction.

6.  Moreover, on discharge from USP Terre Haute all inmates receive the same items to wear at the time of their transfer to another facility.  Transferring inmates receive a "bus roll" which contains the clothing they will wear during their transfer to their next facility.

7.  The "bus roll" used at all BOP facilities contains a white shirt and a pair of khaki pants. Neither of these items have any identifying marks indicating the institution the inmate came from, nor any other markings signifying the nature of inmates underlying criminal conviction.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge.

Steve Morin                                                    5/21/19
Supervisory Correctional Systems Spec.          Date
FCC Terre Haute

**Ex. 4, p. 2**



**DEFENDANT EXHIBIT 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORDAN DONGARRA,** )<br><br>Plaintiff, )<br><br>vs. )<br><br>**D.SMITH** )<br><br>Defendant. ) | **CIVIL ACTION NO. 3:18-CV-1939** |

### DECLARATION OF ERIN BONSHOCK

I, Erin Bonshock, do hereby declare as follows:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as the Case Management Coordinator at the United States Penitentiary ("USP") Canaan, located in Waymart, Pennsylvania.

2. As the Case Management Coordinator at USP Canaan I am extremely familiar with the standard procedures concerning an inmate's admission into the facility. This includes the property and other identification materials issued to an inmate upon his arrival to the institution.

3. While inmates at USP Canaan do receive an identification card, there are no markings anywhere on this material indicating an inmate's underlying criminal offense, nor is there anything on this card to signify that a specific inmate is a sexual offender. All inmates at the facility receive an identification card that contains their personal information in the same exact format.

4. Additionally, all inmates arriving at USP Canaan receive the standard uniform, which does not contain any markings indicating what institution the inmate was last housed at and/or the specific criminal offense he committed.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the above is accurate to the best of my knowledge.

_____
Erin Bonshock
Case Management Coordinator
USP Canaan

6/13/19
Date

**Ex. 5**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORDON DONGARRA,** | : | No. 3:18-CV-1939 |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Caputo, J.)** |
| | : | |
| **OFFICER D. SMITH, et al.,** | : | |
| **Defendants** | : | **(Electronically Filed)** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on June 13, 2019, she served a copy of the attached

## EXHIBITS IN SUPPORT OF THE BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR DISMISS AND/OR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.
Addressee:
Jordon Dongarra
Reg. No. 60707-060
USP Canaan
P.O. Box 300
Waymart, PA 18472

s/ Tammy S. Folmar
TAMMY S. FOLMAR,Contractor
Data Analyst/Legal Assistant