# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN DONGARRA, | : | Civil No. 3:18-CV-01939 |
| Plaintiff, | : | |
| v. | : | |
| OFFICER D. SMITH, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 24th day of August, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendant's motion to dismiss (Doc. 21) is **GRANTED**.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3. Plaintiff's motion for judgment (Doc. 39) is **DENIED AS MOOT**.

4. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
